Decided November 4, 2003

MARGARET MCHENRY *v.* EDWARD
NUSBAUM ET AL.

MARGARET MCHENRY *v.* ELLEN B. LUBELL ET AL.

The petition by the defendant Ellen B. Lubell for certification for appeal from the Appellate Court, 79

Conn. App. 343 (AC 23102), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*David J. Robertson*, in support of the petition.

*Margaret McHenry*, pro se, in opposition.

Decided November 4, 2003

KATZ, J., did not participate in the consideration or decision of this petition.